Willie PENNIX, Plaintiff-Appellant,

v.

Sgt STANDFORD; Lt Drummond; Office of the Attorney General, Defendants-Appellees.

No. 17-6259

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2017

Decided: June 27, 2017

Willie Pennix, Appellant Pro Se. Ankush Nayar, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Pennix appeals the district court's order granting summary judgment to Defendants in his 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pennix v. Standford*, No. 1:16-cv-01643-RDB, 2017 WL 639225 (D. Md. Feb. 16, 2017). We dispense with oral ar-

gument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*